UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | No. 22-CR-22 (CKK) |
| : | |
| : | |
| **LARRY EASTMAN and** : | |
| **JUSTICE EASTMAN,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S RESPONSE TO MINUTE ORDERS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the Court's June 12, 2023, minute orders. In support of its response, the government states as follows:

1) As to Larry Eastman, the Court ordered that the government "shall indicate whether the forfeiture provision in Paragraph 12(a) of the Plea Agreement, ECF No. 39, applies in this case in light of the striking of Paragraph 12(b); i.e., whether a criminal forfeiture is applicable in this case."

    a. **Government Response**: the government is not seeking forfeiture in this case.

2) As to Justice Eastman, the Court ordered that the government "shall indicate its position on the information stated in Footnote 6 and Paragraph 27 of the Presentence Report, ECF No. 51. The Court notes that Defendant objected to footnote 6 and Paragraph 27, and, in response to the objections, the Probation Office indicated its reliance upon the Government's Memorandum in sup[p]ort of Pretrial Detention, ECF No. 8."

    a. **Government Response**:

i. Footnote 6: For the address in question, "Isabel M. Eastman" is listed as the lessee and head of household. Article III of the lease states that "In addition to the Lessee, the Leased Premises may not be occupied . . . by any person other than those listed below, who are referred to hereinafter as the 'Household' or 'Household Members' under this Lease." Both Larry and Justice Eastman are thereafter listed as a "Household Member." Additionally, while footnote 6 accurately quotes from the government's detention memorandum stating that the address in question "appears to have been the base of Larry and Justice Eastman's operations," ECF No. 8 at 12, the government's statement at that early stage of the prosecution was not meant to reflect its belief that the application of U.S.S.G. § 2D1.1(b)(12) is warranted. Indeed, for the reasons stated in the government's response and objections to the PSR, ECF. No. 46, the government does not believe the application of U.S.S.G. § 2D1.1(b)(12) is warranted in this particular case.

ii. Paragraph 27: Phone subscriber and toll records reflect communications, specifically, phone calls, between Larry Eastman's phone number and Justice Eastman's phone number. The government's statement in its detention memorandum that "Larry was communicating with Justice," ECF No. 8 at 10, was based on these phone records. The government will provide additional clarification at a brief sidebar with the Court, which, in conjunction with defense counsel, it had already previously planned to do.

                        Respectfully Submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY

By: *s/ Andy T. Wang*
ANDY T. WANG
Assistant United States Attorney
DC Bar No.: 1034325
555 4th Street, N.W
Washington, D.C.  20530
(202) 870-4940
Andy.wang@usdoj.gov