UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LARRY JEROME EASTMAN,

   Defendant.

Case No. 22-cr-22-1 (CKK/GMH)

**ORDER**
**(October 3, 2023)**

This case comes before the Court upon the receipt of a Magistrate Judge G. Michael Harvey's [82] Report and Recommendation dated September 8, 2023. This matter was referred by this Court to a Magistrate Judge for a Report and Recommendation pertaining to the Government's [64] Motion for an Order of Restitution, pursuant to 18 U.S.C. § 3664(d)(6). Magistrate Judge Harvey issued his [82] Report and Recommendation after holding an evidentiary hearing on September 5, 2023. The Report and Recommendation recommends:

> that the court find by a preponderance of the evidence that the fentanyl that Defendant helped to provide the decedent caused her death and recommends that Defendant be ordered to pay the decedent's estate, or a family member assuming the decedent's rights, the amount of $20,625.52 in restitution for the decedent's funeral and burial expenses, subject to the statutory requirement that compensation received from "insurance or any other source" be paid to that source (after all restitution to which the victim has been entitled is paid), 18 U.S.C. §3664(j)(1), and an offset for "any amount later recovered as compensatory damages for the same loss" in a civil proceeding, *id*. § 3664(j)(2).

Report and Recommendation, ECF No. 82, at 29.

No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 3rd day of October 2023,

**ORDERED** that the Report and Recommendation is hereby ADOPTED IN FULL, and it is further

**ORDERED** that by October 6, 2023, the Government shall submit a proposed Order relating to its [64] Motion for Order of Restitution. After such Order is executed by this Court, it shall be incorporated into an Amended Judgment.

/s/
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE